KNIGHT ET AL. v. BOARD OF REGENTS OF
THE UNIVERSITY OF THE STATE OF
NEW YORK ET AL.

No. 826.  Decided January 22, 1968.

*Alan H. Levine* and *Jeremiah S. Gutman* for appellants.

*Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Charles A. La Torella, Jr.,* and *Maria L. Marcus,* Assistant Attorneys General, for appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

MR. JUSTICE STEWART is of the opinion that probable jurisdiction should be noted.

PAULAITIS v. PAULAITIS.

No. 815.  Decided January 22, 1968.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.